# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILDRED STALLING,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No.: CV 17-6461-DMG (FFMx)<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [18]** |

　　Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. CV 17-6461-DMG (FFMx), is dismissed in its entirety as to all defendants, with prejudice.

　　IT IS HEREBY FURTHER ORDERED that all dates be vacated and taken off the Court's calendar.

　　IT IS HEREBY FURTHER ORDERED that the Parties shall bear their own attorneys' fees and costs in this matter.

DATED: December 29, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1